IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sheryl Little,                      Case No. 3:07CV02269

        Plaintiff,

v.                              ORDER

Commissioner of Social Security,

        Defendant.

I have reviewed the Report and Recommendations of United States Magistrate Judge Vernelis K. Armstrong filed on May 19, 2008. Noting that no objections have been filed and that the time for filing such objections under Rule 72.3(b) of the Local Rules for this district has expired, I hereby ADOPT said Report and Recommendations.

Accordingly, I remand this case to the Commissioner to:

(1) determine if Plaintiff is disabled because she has the exertional capacity for less than a full range of sedentary work; and if she is not disabled,

(2) determine at step five of the sequential evaluation what jobs, if any, will accommodate Plaintiff's residual functional capacity to perform less than a full category of sedentary work and in combination with an application of the Grid to determine whether an individual of the claimant's age, education and work experience could engage in substantial gainful activity (i.e., sedentary, light, medium, heavy or very, can perform less than a full range of sedentary work); and

(3) obtain Vocational Expert testimony to determine if a conflict exists with Plaintiff's residual functional capacity, the Vocational Expert testimony, the DOT and resolve any conflict that may exist.

(4) Case closed.

IT IS SO ORDERED.

S/James G. Carr
James G. Carr
Chief Judge